UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTONIO PASULO,
    Plaintiff,

v.                                                 Case No.:  3:23-cv-24660/MCR/ZCB

HANCOCK WHITNEY BANK,
et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 17, 2023.  (Doc. 5).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2. Plaintiff's case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**